AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 7:21-cv-00453

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* MS Global company, LLC
was received by me on *(date)* 12/17/2021.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Registered Agent Inc., who is designated by law to accept service of process on behalf of *(name of organization)* MS Global company, LLC on *(date)* 12/17/2021; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 12/17/2021

_____
Server's signature

Susan Naseri - Paralegal
Printed name and title

15875 Union Tpke, Apt 2B, Fresh Meadows, NY 11366
Server's address

Additional information regarding attempted service, etc: