UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| ÖZDURAK TEKSTIL SANAYI VE TICARET AS, § § § Plaintiff, § § VS. § JPMORGAN CHASE & CO.; and MS § GLOBAL COMPANY LLC, § § Defendants. § | CIVIL ACTION NO. 7:21-cv-00453 |

## OPINION AND ORDER

The Court now considers "Plaintiff's Motion for Entry of Default."[1] Plaintiff argues that Defendant MS Global Company LLC has failed to answer or "otherwise defend" within the time prescribed by the Federal Rules of Civil Procedure, so Plaintiff seeks entry of default against that Defendant.[2]

Plaintiff alleges that "Defendant MS Global Company LLC ('MSG'), is the owner of the Chase account xxxxx3179"[3] and committed certain wrongdoing for which Plaintiff sues.[4] Plaintiff seeks "default against Defendant MS Global Company LLC."[5] However, the record before the Court does not establish that the proper Defendant has been served. The proof of service[6] does indicate service on MS Global Company LLC, but Plaintiff may have actually served "SM GLOBAL COMPANY LLC."[7] A default may be appropriate if Plaintiff's service on SM Global

---

[1] Dkt. No. 15.
[2] *Id.* at 1.
[3] Dkt. No. 1 at 2, ¶ 6.
[4] *See id.* at 5, ¶ 22.
[5] Dkt. No. 15 at 1.
[6] Dkt. No. 13.
[7] Dkt. No. 15 at 10.

Company LLC and misnaming of this Defendant was a misnomer, in which the correct Defendant was served under a slight misnaming, but entry of default would not be appropriate in the event of misidentification, under which the wrong Defendant was served.[8]

The Court is presented only with Plaintiff's allegations against MS Global Company LLC and questionable service upon SM Global Company LLC. Plaintiff offers no other evidence or argument. In short, Plaintiff has not demonstrated that its service of process was proper to warrant entry of default. Accordingly, Plaintiff's motion for entry of default against Defendant MS Global Company LLC is **DENIED**.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 18th day of January 2022.

_____
Micaela Alvarez
United States District Judge

---

[8] *See Federated Nat'l Ins. Co. v. Loredo*, No. 3:17-CV-1712-S, 2019 WL 5887399, at *8 (N.D. Tex. July 12, 2019) (collecting cases).