UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

MCALLEN DIVISION

| | |
|---|---|
| ÖZDURAK TEKSTIL SANAYI VE TICARET AS, a foreign corporation,<br><br>      Plaintiff,<br><br>   v.<br><br>JPMORGAN CHASE BANK, N.A. a United States Corporation, SM GLOBAL COMPANY LLC, a Texas corporation, and DOES 1-10 inclusive,<br><br>      Defendants. | Case No.: 7:21-cv-00453 |

## **PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT**

Comes now Plaintiff Özdurak Tekstil Sanayi Ve Ticaret AS, hereinafter, ("Plaintiff") and hereby requests the Clerk to enter a default against Defendant SM Global Company LLC ("Defendant"), on the basis that the record in this case demonstrates that there has been a failure to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

Plaintiff's Request for Entry of Default is supported by the Declaration of Theodor Bruening which is attached hereto as **Exhibit A**.  An Entry of Default form is provided as **Exhibit B**.  Plaintiff's proposed Entry of Default is being filed separately alongside this motion.

Plaintiff properly served the registered agent of record for Defendant (**Exhibit C**) and Defendant at its business address with the summons and second amended complaint on February 1, 2022, and again on February 3, 2022 (Docket No. 30).  In addition, Plaintiff previously served the registered agent of record for Defendant with the amended complaint (which misnamed Defendant as "MS Global Company") on December 17, 2021 (Docket No. 13).

More than twenty-one (21) days have elapsed since Defendant was last served with the current live Complaint.  Defendant has failed to plead or otherwise defend this lawsuit. Therefore, pursuant to Fed. R. Civ. P. 55, Plaintiff is entitled to an entry of default against Defendant.  Plaintiff prays the Court enter its Proposed Entry of Default, or one substantially similar, and for any other relief to which Plaintiff may show itself entitled.

Dated: February 28, 2022
       New York, New York

Respectfully submitted,

HECHT PARTNERS LLP

THEODOR BRUENING (admitted *pro hac vice*)

KRISTEN NELSON (24094867)
KATHRYN LEE BOYD (*PRO HAC VICE FORTHCOMING*)
6420 Wilshire Boulevard, 14th Floor
Los Angeles, CA 90048

*Counsel for Plaintiff Özdurak Tekstil Sanayi ve Ticaret AS*

CERTIFICATE OF SERVICE

Pursuant to FED. R. CIV. P. 5(b), I certify that a copy of this instrument was served on

this 28th day of February, 2022 as follows:

SM Global Company LLC
Registered Agents Inc.
5900 Balcones Drive Ste 100, Austin, TX 78731

SM Global Company LLC
805 Treyson Dr., San Juan, TX 78589

DEFENDANT

Via Federal Express

By: _____

Theodor Bruening

# EXHIBIT A

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

MCALLEN DIVISION

| | |
|---|---|
| ÖZDURAK TEKSTIL SANAYI VE TICARET AS, a foreign corporation, | Case No.: 7:21-cv-00453 |
| Plaintiff, | |
| v. | |
| JPMORGAN CHASE BANK, N.A. a United States Corporation, SM GLOBAL COMPANY LLC, a Texas corporation, and DOES 1-10 inclusive, | |
| Defendants. | |

## <u>DECLARATION OF THEODOR BRUENING</u>

1.     I am a member of the law firm of Hecht Partners LLP, counsel to plaintiff Özdurak Tekstil Sanayi Ve Ticaret AS (hereinafter "Plaintiff"), in this action. I submit this affidavit in support of Plaintiff's Motion for Entry of Default.

2.     The statements contained herein are true and correct and within my personal knowledge as an attorney licensed to practice law in the State of New York and admitted *pro hac vice* in this action, as an attorney representing Plaintiff and/or from a review of the Court's Case Management/Electronic Case Filing (CM/ECF) PACER Docket Sheet as of February 28, 2022 for Civil Action File No. 7:21-cv-00453.

3.     As of the date of this declaration, defendant SM Global Company LLC ("Defendant") has not served any answer or other responsive pleading to Plaintiff.  The Court's summons was served on Defendant on February 1, 2022, and again on February 3, 2022; the

proofs of service was filed at Docket No. 30 on February 28, 2022.  Defendant's deadline for responsive pleading has passed.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  February 28, 2022

_____
Theodor Bruening

# EXHIBIT B

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

MCALLEN DIVISION

| | |
|---|---|
| ÖZDURAK TEKSTIL SANAYI VE TICARET AS, a foreign corporation,<br><br>    Plaintiff,<br><br> v.<br><br>JPMORGAN CHASE BANK, N.A. a United States Corporation, SM GLOBAL COMPANY LLC, a Texas corporation, and DOES 1-10 inclusive,<br><br>    Defendants. | Case No.: 7:21-cv-00453 |

ENTRY OF DEFAULT

   Plaintiff Özdurak Tekstil Sanayi Ve Ticaret AS requested that default be entered against

Defendant SM Global Company LLC ("Defendant").  From the record and the Court's file in this

action, Defendant has been properly served and the deadline to plead or otherwise defend has

passed and Defendant has failed to appear, plead, or otherwise defend this action.

   Therefore, pursuant to FED. R. CIV. P. 55(a)(1), default is entered against Defendant.

   Dated this _____ day of _____, 2022.

             UNITED STATES DISTRICT CLERK
             SOUTHERN DISTRICT OF TEXAS


             By:_____
                 Deputy Clerk

# EXHIBIT C





# Franchise Tax Account Status

As of : 01/12/2022 14:26:17

**This page is valid for most business transactions but is not sufficient for filings with the Secretary of State**

| SM GLOBAL COMPANY LLC | |
| --- | --- |
| **Texas Taxpayer Number** | 32077667718 |
| **Mailing Address** | 5900 BALCONES DR STE 100 AUSTIN, TX 78731-4298 |
| **❓ Right to Transact Business in Texas** | ACTIVE |
| **State of Formation** | TX |
| **Effective SOS Registration Date** | 02/02/2021 |
| **Texas SOS File Number** | 0803923104 |
| **Registered Agent Name** | REGISTERED AGENTS INC |
| **Registered Office Street Address** | 5900 BALCONES DRIVE STE 100 AUSTIN, TX 78731 |